[No. 20115-5-III.   Division Three.   March 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS MERRILL FAULKNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02355-4, James M. Murphy, J., entered April 12, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19129-0-III.   Division Three.   March 7, 2002.]

*In the Matter of the Marriage of* SUZANNE MARIE WAGNER, *Appellant*, and WESLEY J. WHEATLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 97-3-00200-2, Joseph R. Schneider, J. Pro Tem., entered January 7, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J. Now published at 111 Wn. App. 9.

[No. 19930-4-III.   Division Three.   March 7, 2002.]

JOSEPH V. CHRISTIANO, ET AL., *Appellants*, v. ASSOCIATED ORTHOPAEDIC SPECIALISTS, P.S., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-07091-3, Harold D. Clarke, J., entered January 8, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[Nos. 21465-2-II; 24174-9-II.   Division Two.   March 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD GLENN DAUGHERTY, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 95-1-04938-1, Brian M. Tollefson, J., entered December 19, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.